UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00354-AC |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| TYLER A. CIAPPA, | ) ) | DATE: January 4, 2021 TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Honorable Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00354-AC with prejudice is GRANTED.

It is further ordered that the bench trial scheduled on January 4, 2021, is vacated.

IT IS SO ORDERED.

Dated: October 22, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL                           1                     U.S. v. TYLER A. CIAPPA